AARON D. FORD
Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3768 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WESLEY MORRIS,

Plaintiff,

v.

JAMES DZURENDA, *et al.*,

Defendants.

Case No. 2:26-cv-00392-MMD-NJK

**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE**

Plaintiff, Wesley Morris, pro se, and Defendants, Director James Dzurenda, Warden Terry Royal, Investigator Cameron Horsley, Deputy Director Brian Williams, and Associate Warden David Drummond, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone Jr., Deputy Attorney General, hereby stipulate that the above-captioned action is dismissed with prejudice as to all claims against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

DATED this 25th day of August, 2026.

By: [signature]
Wesley Morris #1238588
*Plaintiff, Pro se*

DATED this 25th day of August, 2026.

AARON D. FORD
Attorney General

By: */s/ Samuel L. Pezone, Jr.*
Samuel L. Pezone, Jr. (Bar No. 15978)
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED

DATED this 5th day of October, 2026.

[signature]
Miranda M. Du, U.S. District Judge